**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**SHAREN DILLON,**

       **Plaintiff,**

  vs.                                          Civil Action 2:10-CV-611
                                                           Judge Graham
                                                           Magistrate Judge King

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

<u>ORDER</u>

    This matter is before the Court for consideration of plaintiff's counsel's *Motion for Award of Attorney Fees Under the Social Security Act* ("*Plaintiff's Counsel's Motion*"), Doc. No. 25, seeking an attorney fee under 42 U.S.C. § 406(b). There has been no opposition to *Plaintiff's Counsel's Motion*.

    *Plaintiff's Counsel's Motion* is **GRANTED**. Plaintiff's counsel is **AWARDED** a fee under 42 U.S.C. § 406(b) in the amount of $5,334.10, that amount representing compensation for 20.6 hours at the rate of $291.26 per hour.[1]

Date: October 4, 2012                            s/James L. Graham
                                                      James L. Graham
                                                      United States District Judge

---

[1] The fee actually requested is $5,344.10, *Plaintiff's Counsel's Motion*, at 1, which is approximately 15% of the $34,523.00 awarded as past-due benefits. See *Plaintiff's Counsel's Motion*, Exhibit F, at 2. Plaintiff agreed to pay her counsel the lesser of 25 % of any past-due benefits or $6,000. *Plaintiff's Counsel's Motion*, Exhibit 4. Plaintiff's counsel has already received payment of $655.90. *Id*. at 4. Based on a total fee of $6,000.00, plaintiff's counsel's hourly rate is $291.26.

1